# Nelson Law Firm, PLC

# Flat Fee Invoice

Post Office Box 6677
Tallahassee, FL 32314

Date 10/27/2014
Invoice # 515

Bill To:
Walter C. Zanders
105 Wesley Walker Rd
Quincy FL 32352

Project:   Chapter 13 Plan Modification

| Date | Legal Services Rendered |
|---|---|
| 8/27/2014 | Received and reviewed Claim # 5-1 filed by Gadsden County Tax Collector |
| 9/5/2014 | Telephone call / left message at Trustee's office |
| 9/12/2014 | Received call/retrieved message from Trustee's Office |
| 9/16/2014 | Returned call to Trustee's office |
| 9/25/2014 | Received call/retrieved message from Trustee's Office |
| 10/3/2014 | Filed amended schedules I and J; telephone conference with Tax Collector; received and reviewed amended Claim # 5-2 filed by Gadsden County Tax Collector; prepared draft modified plan; faxed to Trustee's Office |
| 10/10/2014 | Revised draft modified plan per corrections by Chapter 13 Trustee; sent via fax to Chapter 13 Trustee; |
| 10/17/2014 | Prepared draft Motion to Modify Plan Post-Confirmation(Negative Notice); revised draft modified plan; faxed to Trustee's Office |
| 10/20/2014 | Reviewed fax from Trustee; Received and reviewed Claim # 5-3 filed by Gadsden County Tax Collector |
| 10/27/2014 | Filed Modified Plan; Filed Motion to Modify; Submitted amended Deduction Order; Mailed filings to list of creditors on official mailing matrix; Prepared and filed Application for Compensation; prepared for submission Order Sustaining |
| 10/27/2014 | Discount applied |
| | **Total**  $500.00 |